Rick SIEGEL, Plaintiff–Appellant,

v.

Edmund G. BROWN, California Attorney General, Defendant,

and

Angela M. Bradstreet, Labor Commissioner for the State of California, Defendant–Appellee.

No. 2009–1025.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2008.

David Lee Gurley, Los Angeles, CA, for Defendant–Appellee.

Rick Siegel, Los Angeles, CA, for Plaintiff–Appellant.

Before MICHEL, Chief Judge, RADER and PROST, Circuit Judges.

ON MOTION

PER CURIAM.

### *ORDER*

Rick Siegel moves without opposition to transfer this appeal to the United States Court of Appeals for the Ninth Circuit.

Siegel appeals from a decision of the United States District Court for the Central District of California that dismissed his complaint. The complaint involved, inter alia, a claim alleging that California's

Talent Agencies Act was unconstitutional. Because this appeal does not fall within this court's jurisdiction, 28 U.S.C. § 1295, we transfer the appeal pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.